UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HEATH DUNN,<br><br>  Defendant. | Case No. 4:20-cr-00037-BLW<br><br>ORDER |

Before the Court is Defendant Heath Dunn's Motion for Temporary Furlough, requesting release from custody to attend the memorial services of his father scheduled for January 9, 2021, in Parker, Idaho. (Dkt. 64.) Alternatively, Defendant requests that the United States Marshals Service transport him to a private viewing of his deceased father. The motion indicates that the Government does not oppose the alternative request for a private viewing.

## DISCUSSION

This Court is well acquainted with Defendant and this case, having presided over Dunn's initial appearance, detention hearing, and previous motion for release. (Dkts. 10, 14, 30.) The Court ordered Dunn detained on February 10, 2020, and denied Dunn's motion for release on April 6, 2020. (Dkts. 16, 30.) Notably, the Court found that Dunn posed a

ORDER - 1

serious danger to the community and is a flight risk considering Dunn's long criminal history including crimes of violence; history of failing to appear; and pretrial release and probation violations. The Court also weighed the Government's proffer of the evidence supporting the charges against Dunn which included: being caught transporting an exceptionally large amount of methamphetamine; his admissions to trafficking methamphetamine; his efforts to destroy evidence and reveal the identities of confidential informants; his failure to appear in state court proceedings stemming from the same conduct charged in this case; and his being found in possession of a stolen vehicle. (Dkt. 30.)

On July 22, 2020, Dunn entered a guilty plea to count two of the Indictment charging possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A). (Dkt. 36.) Dunn is currently awaiting an evidentiary and sentencing hearing set for March 16, 2021. (Dkt. 61.)

Having reviewed the motion for furlough as well as the entire record in this matter and being fully advised in the premises, the Court will deny the motion. Dunn is a high risk of flight and poses a serious danger to the safety of others if released, even temporarily. For the same reasons, the Court finds the alternative request for a private viewing facilitated by the United States Marshals Service is not warranted given the seriousness of Dunn's risk of flight and dangerousness. The Court has every confidence in the United States Marshals Service, but finds the significant risks Dunn poses simply do not warrant either his release or extraordinary transport, particularly given the ongoing state of the COVID-19 pandemic.

ORDER - 2

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Motion (Dkt. 64) is **DENIED**.

DATED: January 7, 2021

Honorable Candy W. Dale
United States Magistrate Judge